**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**A. JOSEPH RAETANO**

       Plaintiff,

v.                                                                         Case No.: 8:11-cv-1661-T-30TBM

**GE CAPITAL FRANCHISE FINANCE CORPORATION**
**and CASUAL RESTAURANT CONCEPTS, INC.**

       Defendants.
_____

**ORDER REGARDING NON-DESIGNATION OF CASE**

The Court having reviewed the complaint filed in this action will NOT issue a track designation as noted in Local Rule 3.05. The condition requiring the parties to meet for the purpose of preparing and filing a Case Management Report is waived. The Court will issue an expedited scheduling order once the Defendant(s) have filed the appropriate answer(s) to the complaint.

**DONE** and **ORDERED** in Tampa, Florida on August 1, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE